**Opinion issued April 9, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00263-CR

———————————

### IN RE PATRICK LEE CAMPBELL, JR., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Patrick Lee Campbell, Jr., has filed a petition for writ of mandamus requesting that this Court compel the trial court to rule on relator's motion for forensic DNA testing and appointment of counsel.[*] We **deny** the petition.

---

[*] The underlying case is *State of Texas v. Patrick Lee Campbell, Jr.*, cause number 10CR3689, pending in the 122nd District Court of Galveston County, Texas, the Honorable John Ellisor presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).